≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

JAMES D. LINKOUS,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

ALLIED INTERSTATE, INC, et al.

Case Number: 1:10-cv-00384

    Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...pursuant to the Offer and Acceptance of Judgment filed on July 30, 2010 (doc. 17) and Fed. R. Civ. P. 68, judgment is hereby entered as follows:  (1) $1,001.00 in damages to Plaintiff, James D. Linkous; and (2) reasonable court costs incurred by Plaintiff, as determined by the Court or as determined by agreement of all parties.

| 8/3/2010 | JAMES BONINI, CLERK |
|---|---|
| Date | Clerk |
| | s/Kevin Moser |
| | (By) Deputy Clerk |